PER CURIAM.

(No. 74-CC-578—Claimant )

SCHERRER EQUIPMENT CO., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed June 13, 1974.*

SCHERRER EQUIPMENT CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-588—Claimant )

STANDARD PHOTO SUPPLY, A DIVISION OF WEIMAN CO., INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed June 13, 1974.*

FISCHEL, KAHN, WEINBERG & BRUSSLAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.